PKT, INC., Appellant,

v.

Bobbette BROSS, Defendant,

Division of Employment Security, Respondent.

No. WD 60756.

Missouri Court of Appeals, Western District.

Nov. 19, 2002.

Earl F. Seitz, Columbia, MO, for Appellant.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before HARDWICK, P.J., ELLIS and HOLLIGER, JJ.

### ORDER

PER CURIAM.

PKT, Inc. appeals from an order of the Labor and Industrial Relations Commission finding that Bobbette Bross was not disqualified from receiving unemployment benefits. For reasons stated in the Memo-